JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MAURILIO IVAN ROSEL, JR., | ) | No. SA CV 14-01289-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN N. KATAVICH, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 2, 2015

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE